IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **ELIZABETH WISEMAN** | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. _____ |
| | * | |
| **WAL-MART STORES, INC.,** *et al.* | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF REMOVAL OF CIVIL ACTION
AND STATEMENT OF GROUNDS FOR REMOVAL**

To Plaintiff and Her Attorney of Record:

Please take notice that Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP, (hereinafter "Walmart") named in the civil action filed in the Circuit Court for Baltimore County, Maryland, Civil Case Number 03-C-16-11111 ("the State Case"), hereby notes the removal of this action to the United States District Court for the District of Maryland, Northern District. In support, Walmart states the following:

1. On or about November 18, 2016, Walmart was served with a Complaint (including a Jury Trial Demand), a Writ of Summons to Wal-Mart Stores East, LP, a Writ of Summons to Wal-Mart Stores, Inc., a Civil Non-Domestic Case Information Report, Plaintiff's Interrogatories to Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP, and First Request for Production of Documents to Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP, attached hereto and identified as Exhibits 1 - 6.

1

2. Plaintiff's Complaint is based upon an allegation of premises liability for an alleged slip and fall inside a Walmart store.

3. Plaintiff's Complaint seeks damages in excess of Seventy-Five Thousand Dollars ($75,000.00). *See* Complaint, Ex. 1.

4. Plaintiff is a resident of the State of Maryland, according to her Complaint. *See* Complaint, Ex. 1.

5. Wal-Mart Stores, Inc. is a corporation incorporated under the laws of the State of Delaware.

6. Wal-Mart Stores East, LP is a limited partnership formed under the laws of the State of Delaware.

7. Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP maintain their principal place of business in the State of Arkansas.

8. The germane section of 28 U.S.C. §1332(a) provides:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –
> (1)   citizens of different States;

*See* 28 U.S.C. §1332(a).

9. Removal to the United State District Court, Northern Division, is appropriate in this civil action based on diversity of citizenship pursuant to 28 U.S.C. §1332(a).

10. Diversity of citizenship is present in this civil action as Plaintiff's Complaint seeks damages in excess of Seventy-Five Thousand Dollars ($75,000.00), and is between citizens of different States. *Id.*

11. Pursuant to 28 U.S.C. §1441(b)(2), no defendants are a citizen of the State of Maryland.

12. Walmart reserves its right to amend this Notice of Removal.

13. Walmart reserves all defenses, including, without limitation, the defense of lack of personal jurisdiction.

14. As required by 28 U.S.C. §1446(a) and Local Rule 103(5)(a), true and legible copies of all process, pleadings, and documents which have been served upon Walmart in the State Case that is being removed, as of this date, are being filed with this Notice of Removal as Exhibits 1 - 6.

**WHEREFORE**, Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP, respectfully request that this civil action be removed to the United States District Court for the District of Maryland, Northern Division based on diversity of citizenship pursuant to 28 U.S.C. 1332(a).

Respectfully Submitted,

_____
Jennifer M. Alexander, Esquire
Federal Bar No. 15222
Brassel Alexander & Rice, LLC
888 Bestgate Road, Suite 200
Annapolis, MD  21401
(443)837-9800 phone
(443)837-9801 fax
jalexander@barlawfirm.com
*Attorneys for Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2016, I caused a true and correct copy of the foregoing Notice of Removal of Civil Action and Statement of Grounds for Removal to be served via first class mail, postage prepaid upon:

Lauren Geisser, Esquire
Scarlett M. Corso, Esquire
GILMAN & BEDIGIAN, LLC
108 W. Timonium Rd., Suite 203
Timonium, MD  21093
*Attorneys for Plaintiff*

_____
Jennifer M. Alexander, Esquire