| | |
|---|---|
| **Elizabeth Wiseman**<br><br>Plaintiff,<br><br>v.<br><br>**Wal-Mart Stores, Inc., et al**<br><br>Defendants. | IN THE UNITED STATES<br><br>DISTRICT COURT<br><br>FOR THE DISTRICT OF<br><br>MARYLAND<br><br>CASE NO.: 1:16-cv-04030-SAG |

## LINE OF ADDRESS CHANGE

Dear Clerk:

Please be advised that Plaintiff's Counsel's address has changed. Please update the Court's records to reflect this change and ensure that all future correspondence related to this case from this Honorable Court is sent to the address listed below.

Gilman & Bedigian, LLC
1954 Greenspring Drive, Suite 250
Timonium, Maryland 21093

Respectfully submitted,

/s/
Scarlett M. Corso
GILMAN & BEDIGIAN, L.L.C.
1954 Greenspring Drive, Suite 250
Timonium, Maryland 21093
(410) 560-4999
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2017, a copy of Plaintiff's Line of Address Change, was electronically filed and served via the Court's CM/ECF Systems upon to:

Jennifer M. Alexander
BRASSEL ALEXANDER & RICE, LLC
888 Bestgate Road, Suite 200
Annapolis, Maryland 21401
*Attorney for Defendants*

/s/
Scarlett M. Corso