






3






5




6




7













11







13




14




15