1                                    Page:        1 - 184
                                     Exhibits:    1 - 13

2

3

          IN THE UNITED STATES DISTRICT COURT

4            FOR THE DISTRICT OF MARYLAND

                  (Northern Division)

5

6

     ELIZABETH WISEMAN,   )

7            Plaintiff,   )

                          )

8    v.                   )    Case: 1:16-CV-04030-SAG

                          )

9    WALMART STORES, INC,)

     et al,               )

10           Defendants.)

11

12                *   *   *   *   *   *   *

13

14          The deposition of ELIZABETH WISEMAN was

15   held on Friday, March 17, 2017, commencing at 9:30

16   a.m. at Gilman & Bedigian, LLC, 108 W. Timonium

17   Road, Suite 203, Timonium, Maryland 21093, before

18   Ann M. Lavoie, Notary Public.

19

20   Reported By:

     Job No. CS2572818

21          Ann M. Lavoie, Court Reporter

Ex. L

1    A.   Approximately, I would say, an hour.

2    Q.   Had you gotten a shopping cart during that

3    time prior to the incident?

4    A.   Yes.

5    Q.   And do you recall anything that you had put

6    in the shopping cart?

7    A.   No.

8    Q.   Nothing at all?

9    A.   Correct.

10   Q.   And what happened?

11   A.   What happened at the time of the incident?

12   Q.   Yes.

13   A.   I was walking from one aisle to proceed to

14   the next aisle.

15   Q.   Do you recall the aisles?

16   A.   I recall the aisles being near where the

17   toilet paper, housecleaning is, that side of the

18   store.

19   Q.   Was Ayanna with you?

20   A.   Yes.

21   Q.   I know she was with you in the store, is

1          Q.   Did you have a shopping cart with you when

2     you fell or was it with Ayanna or somewhere else?

3          A.   I don't recall.

4          Q.   Where were you looking, when you fell?

5          A.   To the next aisle.

6          Q.   So were you looking straight?

7          A.   Yes.

8          Q.   And do you know what caused you to fall?

9          A.   Slippage.

10         Q.   At the time of your fall, do you know what

11    caused you to fall, or were you just walking,

12    looking straight and then all of a sudden you were

13    on the ground?

14         A.   Correct.   I was walking and the next thing

15    I know my feet went, and I was falling.

16         Q.   And which foot, if you know, went, as you

17    say, first; your right foot or your left foot?

18         A.   I don't know.

19         Q.   Had you seen anything on the floor prior to

20    the fall?

21         A.   No.

1      A.   Stomach to my side.  I don't remember being

2   prostate, but I remember having liquid all on both

3   sides of my pants and on both hands and the side of

4   my face feeling pressure.

5      Q.   You just pointed to the right side of your

6   face.

7           When you say "this side," you were pointing

8   to the right side?

9      A.   That's correct.

10     Q.   I'm not trying to belabor the point.  I'm

11  just trying to make sure I understand.

12     A.   Right.

13     Q.   Do you know what first made impact with the

14  floor?

15     A.   No.

16     Q.   Do you know if it was your face or your

17  knee that first made impact with the floor?

18     A.   No.

19     Q.   You just don't recall what first made

20  impact with the floor.

21     A.   Correct.

1        A.   Maybe tile.  I wouldn't say concrete or

2  wood and no carpet.  I don't know if that's linoleum

3  or tile.

4        Q.   Some sort of square linoleum or tile.

5        A.   Yes.

6        Q.   Is it the flooring that you see throughout

7  that entire Walmart?

8        A.   Yes.

9        Q.   It wasn't any type of different flooring in

10  that area.

11        A.   Correct.

12        Q.   What color was the floor?

13        A.   I don't recall.  Light color.

14        Q.   Light like a creamish-white color?

15        A.   Or grayish.  I'm not sure.

16        Q.   Something in the white, gray, cream, tan

17  family.

18        A.   Correct.

19        Q.   But in a light shade.

20        A.   Yes.

21        Q.   The liquid that you referenced, can you

1      describe what you saw regarding the liquid?

2            A.   Dark, wet.

3            Q.   Can you describe the color any more than

4      dark?  Was it black, blue, green?  If you know.

5            A.   Maybe blackish.

6            Q.   Did you see the liquid prior to your fall?

7            A.   No.

8            Q.   At any point prior to your fall did you see

9      the liquid?

10           A.   No.

11           Q.   So your ability to observe the liquid was

12     first when?

13           A.   While I was on the floor.

14           Q.   Did you lose consciousness?

15           A.   No.

16           Q.   So, while you were still lying on the floor

17     from the fall, it was at that point that you saw the

18     liquid for the first time.

19           A.   As they were lifting me up off the floor.

20     So someone was helping me up off the floor.  My

21     hands were wet.  As I got up off the floor, I saw

1    of my hand and twice the size of my hand?

2        A.   I can't say.

3        Q.   Do you know from where the liquid came?

4        A.   No.

5        Q.   Did it have an odor?

6        A.   I don't know.

7        Q.   It was on your pants and your hands.  Did

8    you smell an odor?

9        A.   Don't recall.

10       Q.   What was its texture?

11       A.   Wet.

12       Q.   By "texture," I mean was it thin, goopy,

13   creamy, smooth, thick?

14       A.   Thin.

15       Q.   Like the consistency of a beverage you

16   would drink?

17       A.   Yes.

18       Q.   Did you see any damaged merchandise or

19   damaged packaging in the aisle where you were?

20       A.   I was at the end of the aisle.

21       Q.   Did you see any in your area, where you

1    could visualize?  Did you see any damaged

2    merchandise?

3         A.   No.

4         Q.   Did you see anything in the area of the

5    incident that looks like the liquid came from that

6    item?

7         A.   No.

8         Q.   Did you see anything else on the floor

9    other than the liquid?

10        A.   No.

11        Q.   Did you see any soda cups or straws or lids

12   on the floor?

13        A.   No.

14        Q.   Did you see -- it might have been

15   impossible because you didn't see the liquid first.

16   But were you able to tell if there were any streaks

17   through the liquid?

18             You probably couldn't tell, because, if you

19   fell in the liquid, you don't know how it looked

20   before you fell.

21        A.   Right.

1       Q.  I apologize if I asked you but please

2  indulge me.  You do not know the source of the

3  liquid as you sit here today?

4       A.  No.

5       Q.  No, you don't.

6       A.  No, I don't.

7       Q.  Do you know how long the liquid had been

8  there prior to your fall?

9       A.  No.

10       Q.  You do not know how long it had been on the

11  floor prior to your fall, correct?

12       A.  Correct.

13       Q.  In that Owings Mills Walmart, is there any

14  kind of fast food restaurant or other eatery?

15       A.  Yes.

16       Q.  What is there?

17       A.  McDonald's.

18       Q.  Was the McDonald's there at the time of the

19  incident on June 28, 2014?

20       A.  Yes.

21       Q.  And where is McDonald's in the store, if

1      Q.  Why do you say that?

2      A.  Because I recall a woman helping me up off

3 the floor and asking me if I was okay.

4      Q.  Do you know if that was Ms. Pleet?

5      A.  I believe it was.

6      Q.  And do you recall whether anyone else

7 helped you other than Ms. Pleet?

8      A.  I don't recall.

9      Q.  Do you know where Ms. Pleet was prior to

10 your fall, immediately prior to your fall?

11      A.  No.

12      Q.  So her helping you up was the first time

13 you ever saw Ms. Pleet, period.

14      A.  Correct.

15      Q.  Did you say anything to her, when she was

16 helping you up?

17      A.  Don't recall.

18      Q.  Did she say anything to you?

19      A.  She asked me how I was.

20      Q.  And what did you say?

21      A.  I don't recall.