

**BRASSEL ALEXANDER & RICE, LLC**

888 Bestgate Road, Ste. 200, Annapolis, MD 21401 | 443.837.9800 | 443.837.9801 (Fax) | www.barlawfirm.com

October 20, 2017

*Via CM/ECF*
The Honorable Timothy J. Sullivan
U.S. Magistrate Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

      RE:    Elizabeth Wiseman v. Wal-Mart Stores, Inc., *et al.*
              Case No. SAG-16-4030

Dear Judge Sullivan:

    Defendants respectfully request your Honor's permission to waive the appearance of Defendants' corporate representative in person at the November 6, 2017 Settlement Conference with you in the above referenced case, and to allow Defendants' corporate representative to **appear by telephone**.

    Defendants are self-insured in this case and thus no insurance representatives are involved. Defendants' corporate representative, Kurt Krafsky, Esquire, is located in Bentonville, Arkansas, at Defendants' corporate headquarters. It is an undue burden on Defendants' representative to travel to Greenbelt, Maryland from Bentonville, Arkansas for the settlement conference in this case, based on travel schedules and expenses, as well as the representative's other work responsibilities located in Bentonville, Arkansas. For this reason, Defendants respectfully request that its representative be allowed to participate in this settlement conference by telephone from his office in Bentonville, Arkansas.

    Undersigned counsel has full and complete authority to negotiate, settle, and resolve this case within the authorized parameters provided by the client. Notwithstanding that complete authority, Defendants' corporate representative will be available to appear by telephone at any moment during the settlement conference, should your Honor request such appearance.

    On today's date, undersigned counsel's office conferred with Plaintiff's counsel, Scarlett Corso, Esquire, who consents to this request to allow Defendants' corporate representative to appear by telephone at the November 6, 2017 settlement conference.

**Jon W. Brassel, Esquire**
jbrassel@barlawfirm.com

**Jennifer M. Alexander, Esquire***
jalexander@barlawfirm.com

**Stacey B. Rice, Esquire**
srice@barlawfirm.com

**Michelle D. Smith, Esquire**
msmith@barlawfirm.com

**Elizabeth A. Pfenson, Esquire**
epfenson@barlawfirm.com

**Kelly S. Kylis, Esquire**
kkylis@barlawfirm.com

*Admitted to MD & DC

Thank you for your consideration.

Very truly yours,

Jennifer M. Alexander, Esquire

JMA/ksk